U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 4 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA   DIVISION

Ricardo Casillos Jr.                CIVIL ACTION NO. 06 cv 720

VERSUS

SECTION "P"

Lynn Cooper                         JUDGE Drell

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint should be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___24___ day of ___JULY___, 2006.

Judge Drell
UNITED STATES DISTRICT JUDGE